received the legal title, a case of constructive notice of those rights is well made out.

The plaintiffs in both cases were in possession of the land, having it enclosed by fence, and in actual cultivation at the time Wiggins bought of Horbach. This was sufficient to put him upon the inquiry, and if he had inquired he would have received full information of the superior equitable claims of complainants.

The plaintiffs in accordance with these views had decrees for conveyance of the legal title in the District Court in which the cases were first tried, and these decrees were affirmed on appeal by the Supreme Court of the Territory of Nebraska. On a simple matter of conflict of testimony like this, in which we are able to concur fully with the judgments of two courts which have already passed upon the same record, we do not deem it necessary to give any minute criticism upon the testimony on which these decrees are founded. *They are therefore affirmed with costs.*

*Mr. J. J. Reddick* for appellants.

*Mr. J. M. Carlisle* and *Mr. James M. Woolworth* for appellees.

---

### HAMMOND *v.* MASSACHUSETTS.
### McNEAL *v.* MASSACHUSETTS.
### CLARK *v.* MASSACHUSETTS.

**ERROR TO THE SUPERIOR COURT OF MASSACHUSETTS.**

Nos. 240, 241, 242. Submitted February 27, 1866. — Decided March 26, 1866.

*McGuire* v. *Massachusetts*, 3 Wall. 387, followed.

MR. JUSTICE NELSON delivered the opinion of the court.

Enter in these cases the same judgment as in *McGuire* v. *Commonwealth of Massachusetts*, 3 Wall. 387.

*Mr. N. Richardson* and *Mr. C. Cushing* for plaintiffs in error.

*Mr. C. J. Reed* and *Mr. D. Foster* for defendant in error.

---

### CHURCHILL *v.* UTICA.

**ERROR TO THE COURT OF APPEALS OF THE STATE OF NEW YORK.**

No. 286. Argued January 31, February 1, 2 and 5, 1866. — Decided March 26, 1866.

Reversed on the authority of *Van Allen* v. *Assessors*, 3 Wall. 573.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

Churchill is the only party against whom judgment was rendered in the court below, and the party who has brought a writ of error to this court.

The judgment is reversed, and the case remitted to the court below for proceedings there as directed in the case of *Van Allen* v. *Assessors*, 3 Wall. 573. We refer to the opinion in that case as governing this one.                                      *Reversed.*

*Mr. W. M. Evarts, Mr. C. B. Sedgwick* and *Messrs. Edmonds & Miller* for plaintiff in error.

*Mr. F. Kernan* for defendant in error.

---

## WILLIAMS *v.* NOLAN.

ERROR TO COURT OF APPEALS OF THE STATE OF NEW YORK.

No. 28. Argued January 31, February 1, 2 and 5, 1866.— Decided March 26, 1866.

Reversed on the authority of *Van Allen* v. *Assessors*, 3 Wall. 573

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court:

The opinion in the case of *Van Allen and Others* v. *Nolan and Others* governs this case, and the same judgment must be entered.
                              *Judgment reversed and case remitted.*

*Mr. J. H. Reynolds* for plaintiff in error.

*Mr. A. T. Parker* for defendants in error.

---

## BROWN *v.* JOHNSON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF MISSISSIPPI.

No. 47. Submitted December 11, 1866. — Decided January 3, 1867.

Reversed on the authority of *Brown* v. *Bass*, 4 Wall. 262.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is a writ of error to the Circuit Court of the United States for the Southern District of Mississippi.

The case involves the same questions examined in the case of *Brown* v. *Bass*, 4 Wall. 262, and the opinion in that case governs this, and shows that the court erred in the several rulings and instructions in this case.                              *Reversed.*

*Mr. J. M. Carlisle* and *Mr. J. D. McPherson* for plaintiff in error.